

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00094-CV

**IN THE INTEREST OF K.R.R.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM505589
Honorable Nick Catoe Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against Appellant.

SIGNED July 16, 2024.

_H. Todd McCray_____
H. Todd McCray, Justice